# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV10-00506 JAK (ANx) | Date | October 28, 2011 |
|---|---|---|---|
| Title | Zachary Turnbull v. NUK USA, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On October 27, 2011, plaintiff filed "Notice of Settlement" [16]. The Court sets an Order to Show Cause re Dismissal for December 12, 2011 at 1:30 p.m. If a motion to approve the minor's compromise is filed prior to December 12, 2011, the Order to Show Cause will be taken off calendar.

The Post-Mediation Status Conference, Final Pretrial Conference, Status Conference re Exhibits, and Jury Trial are vacated.

**IT IS SO ORDERED.**

Initials of Preparer   ak